4 A.3d 608

Dameon BROME, Petitioner

v.

DEPARTMENT OF CORRECTIONS, Respondent.

No. 76 EM 2010.

Supreme Court of Pennsylvania.

Sept. 14, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of September, 2010, the Petition for Review and the "Motion in Supreme Court for Injunction Denying Appeal from Order Dismissing Petition for Review and Denying Preliminary Injunction" are **DENIED.**